JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER LOPEZ, | Case No. LACV 17-3527-VBF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. MADDEN, Warden, | |
| Respondent. | |

Judgment is hereby entered in favor of the respondent warden and against petitioner Alexander Lopez.

Dated: April 3, 2020

*Valerie Baker Fairbank*
_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE